| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DERRICK CHUNG & JEAN CHUNG, | ) ) ) | Case No.: 3:15-cv-02710-WQH-BGS |
| Plaintiffs, | ) ) | ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(A)(1)(A)(II) |
| vs. | ) ) ) ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) | |
| Defendant. | ) ) | |

1

Order Granting Joint Motion and Stipulation for Dismissal of Entire Action With Prejudice

# ORDER

Having read and considered the Joint Motion and Stipulation for Dismissal filed by Plaintiffs Derrick Chung and Jean Chung and Defendant Experian Information Solutions, Inc, praying for an Order dismissing the entire action with prejudice and good cause appearing,

**IT IS HEREBY ORDERED:**

The parties' Joint Motion for an Order dismissing the entire action with prejudice is hereby GRANTED. Each party is to bear its own fees and costs.

Dated: June 1, 2016

Hon. William Q. Hayes
United States District Court